NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

PAUL RYAN BAROUS - PRO-PER
98 CENTRAL ST
ANDOVER, MA 01810
949-338-5039

FILED
CLERK, U.S. DISTRICT COURT
DEC 11 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: RS DEPUTY

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PAUL RYAN BAROUS

Plaintiff(s),

v.

ARIEL Z EMANUEL

Defendant(s).

CASE NUMBER:

2:18-CV-10261-DSF-DFMx

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  PAUL RYAN BAROUS
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| N/A | NO PECUNIARY/MONETARY INTEREST JUST KNOWLEDGE OF THE CONTRACT |

11/28/2018
Date

_[signature]_
Signature

Attorney of record for (or name of party appearing in pro per):

PAUL RYAN BAROUS

CV-30 (05/13)          NOTICE OF INTERESTED PARTIES