# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL RYAN BAROUS,<br>    Plaintiff,<br><br>              v.<br><br>ARIEL Z. EMANUEL,<br>    Defendant. | CV 18-10261 DSF (DFMx)<br><br>JUDGMENT |

The Court having granted a motion to dismiss for failure to serve,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed without prejudice.

Date: May 3, 2019

_____

Dale S. Fischer
United States District Judge